**Order entered March 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00802-CV

### HOSSEIN S. NAMDARKHAN, ET AL., Appellants

### V.

### GLAST, PHILLIPS & MURRAY, P.C., ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-00853**

## ORDER

Before the Court is appellees' March 13, 2019 unopposed second motion for an extension of time to file their brief. We **GRANT** the motion and extend the time to **April 24, 2019**. We caution appellees that further extension requests will be disfavored.

/s/      ERIN A. NOWELL
           JUSTICE